UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J. RICHARD NEDDER, | : |
| Plaintiff | : |
| v. | : C.A. No.: 04-40138 |
| CVS NEW YORK, INC. | : |
| Defendant | : |

## ENTRY OF APPEARANCE

Please enter my Notice of Appearance as counsel for the defendants in the above-captioned matter.

                                                CVS NEW YORK, INC.
                                                By its attorneys,

                                                _____
                                                Todd M. Reed (BBO# 564913)
                                                EDWARDS & ANGELL, LLP
                                                2800 Financial Plaza
                                                Providence, RI  02903
                                                (401) 274-9200

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2004, I caused a copy of the foregoing document to be mailed via first-class mail, postage pre-paid to William J. Ritter, Esquire, MacCarthy Pojani & Hurley, 446 Main Street, Worcester, MA 01608.

_____
Todd M. Reed