UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-40138-FDS

J. RICHARD NEDDER,
    Plaintiff

vs.

CVS NEW YORK, INC.,
    Defendant

## JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26.1 and Local Rule 16.1(d), the undersigned counsel hereby submit the within Joint Statement.

## JOINT DISCOVERY PLAN

The defendant contends that plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA") and that, accordingly, traditional discovery is inappropriate in this action. In the event the Court should disagree, the following discovery plan is proposed jointly by the parties:

(i) Documents identified or described in accordance with Fed. R. Civ. P. 26(a) (1) (b), produced or made available by December 10, 2004;

(ii) Written discovery requests, such as interrogatories and document requests served by January 1, 2005;

(iii) Depositions of the parties or witness completed by March 1, 2005;

(iv) Designation of experts (if utilized) and disclosure of expert reports by April 1, 2005;

(v) Depositions of experts (if needed), by May 1, 2004.

## MOTION SCHEDULE

The following motion schedule is proposed:

(i) Motions to amend the pleadings filed by March 1, 2005.

(ii) Motions for summary judgment filed by May 15, 2005.

## OTHER MATTERS TO BE DISCUSSED AT CONFERENCE

1. The parties have not agreed to have the case tried by Magistrate Judge.

<br>

J. Richard Nedder,
by his attorney,

_____
William J. Ritter, Esquire
MacCarthy, Pojani & Hurley
446 Main Street
Worcester, MA 01608
Phone: 508.798.2480
Fax: 508.797.9561
BBO #552397

CVS New York, Inc.
by its attorney,

_____
Todd M. Reed, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Phone: 401.274.9200
Fax: 401.276.6611
BBO# 564913

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Plaintiff J. Richard Nedder, and the undersigned counsel, hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
J. Richard Nedder

_____
William J. Ritter, Esquire
MacCarthy, Pojani & Hurley
446 Main Street
Worcester, MA 01608
Phone: 508.798.2480
Fax: 508.797.9561
BBO #552397

Dated: 11/15/04