UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

J. RICHARD NEDDER,

    Plaintiff

v.                                                                                  C.A. No.: 04-40138-FDS

CVS NEW YORK, INC.

    Defendant

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The defendant and its attorneys, Edwards & Angell LLP, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CVS NEW YORK, INC.

_____
Douglas W. Phillips, Esquire

EDWARDS & ANGELL LLP

_____
Todd M. Reed (BBO# 564913)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200