UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-40138-FDS

_____

J. RICHARD NEDDER,
      Plaintiff

vs.

CVS NEW YORK, INC.,
      Defendant

_____

## NOTICE OF NAME CHANGE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my firm's new name in the above entitled case. Our mailing address, phone

number and fax remain the same. Our information is as follows:

      William J. Ritter, Esquire
      Pojani Hurley Ritter & Salvidio, LLP
      446 Main Street
      Worcester, MA  01608
      Phone:  508.798.2480
      Fax: 508.797.9561

William J. Ritter, Esquire
Pojani Hurley Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
Phone:  508.798.2480
Fax:  508.797.9561
BBO# 552397

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2005, I served a copy of the within Notice of Name Change by mailing a copy of the same, postage prepaid upon:

Todd M. Reed, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI  02903

William J. Ritter, Esquire