UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-40138-FDS

J. RICHARD NEDDER,
    Plaintiff

vs.

CVS NEW YORK, INC.,
    Defendant

## PLAINTIFF J. RICHARD NEDDER'S MOTION TO AMEND COMPLAINT TO ADD HIS WIFE AS A PARTY PLAINTIFF

The Plaintiff J. Richard Nedder ("Mr. Nedder") hereby moves to amend his Complaint by adding his wife, Helene G. Nedder ("Mrs. Nedder"), as a Party Plaintiff to preserve any claims for "survivor" benefits on her behalf. In support of this motion, Mr. Nedder states as follows:

1. Mr. Nedder retired from Melville Corporation (currently "CVS") in 1983 after almost forty (40) years of service;

2. As part of Mr. Nedder's retirement and in exchange for a comprehensive Release, Melville agreed to provide Mr. Nedder a supplemental monthly payment determined in 1989 to be $1,883.09 per month (hereinafter "Agreement"). Copies of the Release and the Agreement are attached to the Complaint as Exhibits #1 and #2, respectively;

3. Pursuant to the Agreement, Mr. Nedder could elect "survivor" benefits on behalf of his wife, Helene G. Nedder;

4. Mr. Nedder made the election;

5. Mr. Nedder's benefit payments ceased in March of 2003 when a related entity, Footstar, Inc., filed for Bankruptcy;

6. Mr. Nedder requests that the Complaint be amended to reflect Helene G. Nedder as a Plaintiff in the event she survives her husband;

7. The Scheduling Order for this case provides that Motions to Amend be filed by March 1, 2005;

8. The addition of Mrs. Nedder as a Plaintiff adds no new theories of liability and will not delay the proceedings or require any additional discovery.

Accordingly, Plaintiff, J. Richard Nedder requests that this Motion be allowed and the attached Plaintiffs' First Amended Complaint be deemed filed.

> J. RICHARD NEDDER
> by his attorney,
>
> _____
> William J. Ritter, Esquire
> BBO# 552397
> Natañia M. Soto
> BBO# 651838
> Pojani Hurley Ritter & Salvidio, LLP
> 446 Main Street
> Worcester, MA 01608
> Phone: 508.798.2480

### Certification of Local R. 7.1(A)(2)

I hereby certify that pursuant to Local R. § 7.1(A)(2), I have conferred with opposing counsel, Todd M. Reed, Esquire, who has indicated he has no objection to the Motion.

### Certification of Local R. 15.1 (B)

Counsel for Mrs. Nedder hereby waives the notice requirement of Local R. 15.1 (B) in that the "new party" is requesting that the pleadings be amended.

### CERTIFICATE OF SERVICE

I, William J. Ritter, hereby certify that on February 24, 2005, I served a copy of the within Plaintiff J. Richard Nedder's Motion to Amend Complaint by first class mail, postage prepaid upon:

Todd M. Reed, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

_____
William J. Ritter, Esquire