DISTRICT OF MASSACHUSETTS

Civil Action No: 04-40138-FDS

J. RICHARD NEDDER
    Plaintiff

vs.

CVS NEW YORK, INC.,
    Defendant

**JOINT MOTION TO PERMIT LIMITED DISCOVERY
BEYOND THE DISCOVERY COMPLETION DEADLINE**

The Plaintiff J. Richard Nedder ("Plaintiff") and Defendant CVS New York, Inc. ("CVS") hereby move to permit limited discovery beyond the Court ordered completion date for the purpose of obtaining documents from Footstar Corporation ("Footstar") and/or conducting a Bankruptcy Rule 2004 examination of Footstar.

In support of this motion, the Parties state that:

1. Beginning in approximately 1996 Footstar paid Mr. Nedder the supplemental monthly payments required by his retirement agreement with Melville Corporation;

2. Mr. Nedder alleges that CVS is the successor to Melville Corporation;

3. In 2004, Footstar filed for bankruptcy and stopped making the payments to Mr. Nedder;

4. Efforts by Mr. Nedder and CVS to obtain retirement documents from Footstar have been unsuccessful;

5. Settlement discussions are ongoing and both Parties are optimistic that a resolution is forthcoming; and

6. In the event settlement discussions are not successful, production of the Footstar documents may be required.

Accordingly, the Parties jointly request this Court to permit discovery beyond the ordered completion date for the <u>limited</u> purpose of obtaining Mr. Nedder's retirement documents from Footstar.

J. RICHARD NEDDER
by his attorney,

_____
William J. Ritter, Esquire
BBO# 552397
Natañia M. Soto
BBO# 651838
Pojani Hurley Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
Phone: 508.798.2480

CVS NEW YORK, INC.,
by its attorney,

_____
Todd M. Reed, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
BBO# 564913

### Certification of Local R. 7.1(A)(2)

I hereby certify that pursuant to Local R. § 7.1(A)(2), I have conferred with opposing counsel, Todd M. Reed, Esquire, and have attempted in good faith to resolve the issue.

### CERTIFICATE OF SERVICE

I, William J. Ritter, hereby certify that on February 25, 2005, I served a copy of the within Plaintiff J. Richard Nedder's Motion to Amend Complaint by first class mail, postage prepaid upon:

Todd M. Reed, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

_____
William J. Ritter, Esquire