UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J. RICHARD NEDDER<br>and HELENE NEDDER,<br><br>    Plaintiffs<br><br>v.<br><br>CVS NEW YORK, INC.<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>:    C.A. No.: 04-40138-FDS<br>:<br>:<br>:<br>: |

## **STIPULATION OF DISMISSAL**

The plaintiffs, J. Richard Nedder and Helene Nedder, and the defendant, CVS New York, Inc., by and through their counsel, hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Court Rules of Civil Procedure, to the dismissal of this action in its entirety, including all counterclaims, with prejudice, without costs, and waiving all rights of appeal.

| | |
|---|---|
| J. RICHARD NEDDER<br>And HELEN NEDDER,<br>By their attorneys, | CVS NEW YORK, INC.,<br>By its attorneys, |
| /s/ William J. Ritter | /s/ Todd M. Reed |
| William J. Ritter (BBO 552397)<br>POJANI HURLEY RITTER & SALVIDIO<br>446 Main Street<br>Worcester, MA 01608<br>Tel: (508) 798-2480 | Todd M. Reed, Esq. (BBO 564913)<br>EDWARDS & ANGELL, LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>Tel: (401) 274-9200 |
| Dated: 5/9/05 | Dated: 5/13 |